UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHELLE L. LOWE, <br><br> Plaintiff, <br><br> -v- <br><br> RSI ENTERPRISES, INC., <br><br> Defendant. | Case No. 3:21-cv-00144-TMR |

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Michelle L. Lowe, hereby gives notice of her voluntary dismissal of this action, with prejudice.

DATED this 19th day of November, 2022.        Respectfully Submitted,

   /s/ *Geoff B. McCarrell*
Geoff B. McCarrell #0086427
CONSUMER LAW PARTNERS, LLC
333 N. Michigan Avenue, Suite 1300
Chicago, Illinois 60601
(267) 422-1000 (phone)
geoff.m@consumerlawpartners.com

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Voluntary Dismissal of Action With Prejudice* is being filed electronically with the United States District Court for the Southern District of Ohio on this 19th day of November, 2022. Notice of this filing will be transmitted to counsel of record by operation of the Court's electronic filing system and via electronic mail delivery to the following representative for Defendant:

>Jake Curtis, Esq.
>Burch & Cracchiolo, P.A.
>jcurtis@bcattorneys.com

>*/s/ Geoff B. McCarrell*
>Geoff B. McCarrell (OH #0086427)
>CONSUMER LAW PARTNERS, LLC